Marque X. ANTHONY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 547, 2016

Supreme Court of Delaware.

Submitted: January 31, 2017

Decided: February 7, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1604006845

DISMISSED.

Michael CARELLO, Defendant–Below, Appellant,

v.

STATE of Delaware, Plaintiff–Below, Appellee.

No. 301, 2016

Supreme Court of Delaware.

Submitted: January 25, 2017

Decided: February 8, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1511011583

AFFIRMED.

Dion D. HICKS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 37, 2017

Supreme Court of Delaware.

Submitted: February 6, 2017

Decided: February 8, 2017

Reargument Denied February 22, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1107013050A

DISMISSED.

Bernard S. BRYANT, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 236, 2016

Supreme Court of Delaware.

Submitted: February 8, 2017

Decided: February 8, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1507016236B

AFFIRMED.